# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **GRAND BISCAYNE 670, LLC** | § | **PLAINTIFF** |
| v. | § | Civil No. 1:18cv357-HSO-JCG |
| **14510 LEMOYNE BOULEVARD, LLC** | § | **DEFENDANT** |

## FINAL JUDGMENT

On April 17, 2019, the Court entered a Memorandum Opinion and Order [11] Granting in Part and Denying without Prejudice in Part Plaintiff Grand Biscayne 670, LLC's Motion [10] for Default Judgment. The Court found that Plaintiff was entitled to a default judgement against Defendant 14510 Lemoyne Boulevard, LLC, for compensatory and punitive damages in the amount of $76,500.00; however, the Court denied Plaintiff's request for attorneys' fees without prejudice and allowed Plaintiff thirty days to submit credible evidence to support its request. The Court has been advised that Plaintiff has elected to forego its claim for attorneys' fees. As such, the Court finds that default judgment should now be entered.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Judgment is rendered in favor of Plaintiff Grand Biscayne, LLC, on its compensatory and

punitive damage claims for breach of contract and conversion against Defendant 14510 Lemoyne Boulevard, LLC, for the sum of $76,500.00.

**SO ORDERED AND ADJUDGED**, this the 23rd day of April, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE